MABO
1:07-CR-10228-JLT-1
Judge Tauro

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 10-1884

_____

UNITED STATES

Appellant

v.

STEVEN SOTO

Defendant - Appellee

_____

**JUDGMENT**

Entered: August 31, 2010
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's assented to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:   Julia Bell Andrus
      Robert L. Peabody
      John A. Capin
      Dina M. Chaitowitz

Certified and Issued as Mandate under
Fed. R. App. P. 41
_____/s/ Margaret Carter
                                  Clerk
_____/s/ Todd W. Smith
                          Deputy Clerk
          31 August 2010
_____
                              Date